

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number: 01-12-01004-CR

Trial Court Cause
Number: 68053

Style: Garonzick Glenn Mass

 **v** The State of Texas

Date motion filed[*]: June 14, 2013

Type of motion: Motion for Extension of Time to File Appellant's Brief

Party filing motion: Appellant

Document to be filed: Appellant's Brief

Is appeal accelerated? ☐ Yes ☒ No

If motion to extend time:

 Original due date: April 12, 2013

 Number of previous extensions granted: 1

 Date Requested: August 11, 2013

Ordered that motion is:

 ☒ Granted

  If document is to be filed, document due: July 11, 2013

  ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

  ☐ The Court will not grant additional motions to extend time.

 ☐ Denied

 ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

 ☒ Other: The motion is granted in part.  The brief is due July 11, 2013.

Judge's signature: /s/ Jane Bland

  ☒ Acting individually ☐ Acting for the Court

Panel consists of _____

Date: June 19, 2013